JAP:NR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M 12 - 052

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JORGE GONZALEZ CRUZ and
JOSE MARQUEZ,

        Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(21 U.S.C. §§ 841(a)(1)
and 841(b)(1)(B)(ii)(II))

EASTERN DISTRICT OF NEW YORK, SS:

        CAMERON MILLER, being duly sworn, deposes and states that he is a Special Agent with the Drug Enforcement Administration ("DEA") assigned to the Drug Enforcement Task Force, duly appointed according to law and acting as such.

        Upon information and belief, on or about January 17, 2012, within the Eastern District of New York and elsewhere, defendants JORGE GONZALEZ CRUZ and JOSE MARQUEZ did knowingly, intentionally and unlawfully possess with intent to distribute a substance containing cocaine, a Schedule II controlled substance.

        (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II)).

        The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. On January 17, 2012, the defendant JORGE GONZALEZ CRUZ and the defendant JOSE MARQUEZ, arrived at John F. Kennedy International Airport in Queens, New York, aboard Jet Blue Flight No. 714 from San Juan, Puerto Rico. GONZALEZ CRUZ traveled under the name "Javier Jimenez" and MARQUEZ traveled under the name "Joel Rivera."

2. GONZALEZ CRUZ was observed at the baggage claim area. He was approached by Drug Enforcement Task Force agents and officers after exiting the baggage claim area with the bags and asked if he would answer questions related to his travel.

3. GONZALEZ CRUZ had with him two checked bags checked under the name "Javier Jimenez." One was purple and one was blue. Agents and officers asked if GONZALEZ CRUZ would consent to a search of the bags. GONZALEZ CRUZ consented to the search. Agents and officers searched the bag and discovered seven brick-shaped packages in each of the bags.

4. MARQUEZ was observed at the baggage claim area. He was approached by Drug Enforcement Task Force agents after exiting the baggage claim area with the bags. Officers then asked if he would answer questions related to his travel.

5. MARQUEZ had with him two checked bags checked under the name "Joel Rivera." One was gold and one was grey. Agents and officers asked if MARQUEZ would consent to a search of the bags. MARQUEZ consented to the search. Agents and officers

searched the bag and discovered seven brick-shaped packages in each of the bags.

6. GONZALEZ CRUZ and MARQUEZ and their personal effects were then transported to a Drug Enforcement Task Force office located in John F. Kennedy International Airport. At the office, agents and officers probed the packages from both GONZALEZ CRUZ and MARQUEZ's bags. A white, powdery substance was discovered in each of the packages that was probed in that field-tested positive for cocaine.

7. MARQUEZ was advised of his *Miranda* rights in Spanish. He appeared to understand those rights and waived them orally and in writing. He stated, in sum and substance and in part, that he knew that there was cocaine in his bags and that he was being paid $6,000 to bring the drugs into New York. He also stated that he was traveling with GONZALEZ CRUZ. He further admitted that his true name was JOSE MARQUEZ.

8. GONZALEZ CRUZ was advised of his *Miranda* rights in Spanish. He appeared to understand those rights and waived them orally and in writing. He stated, in sum and substance and in part, that he knew that there was illegal narcotics in his bags and that he was being paid $2,000 to bring the drugs into New York. He also admitted that his true name is JORGE GONZALEZ CRUZ.

9. The total gross weight of the cocaine found in defendant the four bags belonging to GONZALEZ CRUZ and MARQUEZ is approximately 35,161.1 grams.

WHEREFORE, your deponent respectfully requests that the defendant be dealt with according to law.

CAMERON MILLER
Special Agent
Drug Enforcement Administration
Drug Enforcement Task Force

Sworn to before me this
17th day of January, 2012

THE HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK